**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-CR-00384 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| JAIVON WINT, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING** |
| Defendant. | ) | **PLEA OF GUILTY AND REFERRING** |
| | ) | **THE MATTER FOR PREPARATION** |
| | ) | **OF A PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Jennifer Dowdell Armstrong recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 399). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (Non-document Order dated Oct. 22, 2026; ECF No. 398, Consent to Order of Referral).

On October 17, 2024, the government filed a 19-count Indictment against Defendant and 14 co-defendants, alleging their various involvements in a drug trafficking conspiracy. (ECF No. 1). Defendant was charged with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 846 and 841(a)(1)(B) (Count 1), and Use of a Communication Facility to Facilitate a Felony Drug Offense, in violation of 21 U.S.C. § 843(b) (Count 9). (*Id.* at PageID #1–55; 57).[1]

---

[1] Defendant is also charged in a forfeiture count in the Indictment. (*Id*. at PageID #58–59).

On October 26, 2026, Magistrate Judge Armstrong held a plea hearing, during which Defendant entered a plea of guilty to Counts 1 and 9 of the Indictment. (ECF No. 404, Tr. of Hr'g, PageID #3028). The same day, Magistrate Judge Armstrong issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 399). Any objections to the R&R were due November 9, 2026. (*Id.* at PageID #2957). Neither party objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives by pleading guilty. There is an adequate factual basis for the plea. Defendant denied any threats to coerce him into entering the plea and confirmed that no promises had been made to him, other than those contained in the plea agreement. (ECF No. 404, PageID #3028–29). The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Counts 1 and 9 of the Indictment. This matter has been referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for February 4, 2027, at 1:00 PM in Courtroom 17A.

**IT IS SO ORDERED.**

**Date: November 12, 2026**

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**